No. 265. COMINCO PRODUCTS, INC. v. OREGON STATE TAX COMMISSION. Sup. Ct. Ore. Certiorari denied. *Clarence D. Phillips* for petitioner.

No. 270. GREENWOOD & MAJESTIC CONSTRUCTION CO. v. DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *Abraham J. Harris* and *Robert E. Sher* for petitioner. *Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondent.

No. 273. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied. *Francis M. Shea, Ralph J. Moore, Jr., Edward P. Russell, James W. Hoeland* and *Peter S. Craig* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander, Robert W. Ginnane* and *Fritz R. Kahn* for the Interstate Commerce Commission, *James M. Manire* for the City of Memphis, and *Edward J. Hickey, Jr., James L. Highsaw, Jr., William G. Mahoney* and *William J. Hickey* for Railway Labor Executives' Association, respondents.

No. 276. MAXFIELD ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Clifford L. Ashton* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 281. MARGESON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.